# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1073

VERSUS

GARY NORDGREN                                    **DECEMBER 6, 2021**

---

In Re:     Gary Nordgren, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           444-227.

---

**BEFORE:     McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
a copy of the habitual offender bill of information, the
commitment order, and any other portions of the district court
record that might support the claims raised in the writ
application. Supplementation of this writ application and/or an
application for rehearing will not be considered. See Uniform
Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the
event relator elects to file a new application with this court,
the application must be filed on or before February 2, 2022.
Any future filing on this issue should include the entire
contents of this application, the missing items noted above, and
a copy of this ruling.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT